UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE BUSSIN, Guardian Ad Litem and Ad Prosequendum for G.B., infant<br><br>     Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>     Defendant. | Civil Action No. 2:20-cv-15430<br><br><br><br>STIPULATION OF DISMISSAL<br>& ORDER OF DISMISSAL |

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel, that 1/3 of the gross settlement paid by Defendant to Plaintiff pursuant to the December 3, 2020 Confidential Release of All Claims executed by Plaintiff shall be paid to Plaintiff's counsel, John P. Dell'Italia, Esq. of Dell'Italia & Santola;

  AND IT IS FURTHER HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel, that any and all claims that were or could be brought in connection with the above-captioned action be dismissed with prejudice and without costs or attorney's fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| ***DELL'ITALIA & SANTOLA*** | ***SAUL, EWING, ARNSTEIN & LEHR, LLP*** |
|  *s/ John P. Dell'Italia* |  *s/ Caitlin P. Strauss* |
| John P. Dell'Italia, Esq.<br>18 Tony Galento Plaza<br>Orange, NJ 07050<br>T: (973) 672-8000<br>F: (973) 672-8215<br>E: johnpdell@aol.com<br>*Counsel for Plaintiff* | Caitlin P. Strauss, Esq.<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>T: (215) 972-7153<br>F: (215) 972-4167<br>E: caitlin.strauss@saul.com<br>*Counsel for Defendant* |
| Dated: April 8, 2021 | Dated: April 8, 2021 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED that 1/3 of the gross settlement paid by Defendant to Plaintiff pursuant to the December 3, 2020 Confidential Release of All Claims executed by Plaintiff shall be paid to Plaintiff's counsel, John P. Dell'Italia, Esq. of Dell'Italia & Santola; and it is further

ORDERED that any and all claims that were or could be brought in connection with this matter be dismissed with prejudice and without costs or attorney's fees.

_____
John Michael Vazquez, U.S.D.J.

Dated: 5/17/21